Matter of Gilbert P. (Jasmine R.) (2025 NY Slip Op 06710)

Matter of Gilbert P. (Jasmine R.)

2025 NY Slip Op 06710

Decided on December 3, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
HELEN VOUTSINAS
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2024-10225
 (Docket Nos. B-1805-21, B-1806-21, B-1807-21)

[*1]In the Matter of Gilbert P. (Anonymous). Coalition for Hispanic Family Services, petitioner; Jasmine R., et al., respondents. (Proceeding No. 1.)
In the Matter of Gino P. (Anonymous). Coalition for Hispanic Family Services, petitioner; Jasmine R., et al., respondents. (Proceeding No. 2.)
 
In the Matter of Giovanni P. (Anonymous), nonparty-appellant. Coalition for Hispanic Family Services, petitioner-respondent; Jasmine R., et al., respondents-respondents. (Proceeding No. 3)

Michael E. Lipson, Garden City, NY, attorney for the child Giovanni P., the nonparty-appellant.

DECISION & ORDER
In related proceedings pursuant to Social Services Law § 384-b, the subject child Giovanni P. appeals from an order of the Family Court, Queens County (Monica D. Shulman, J.), dated September 6, 2024. The order, after a hearing, inter alia, dismissed the petition as to the subject child Giovanni P.
ORDERED that the order is affirmed, without costs or disbursements.
The appellant's contention regarding the font used in the order appealed from is not properly before this Court on this appeal.
BRATHWAITE NELSON, J.P., VOUTSINAS, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court